IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AFI SERVICES LLC, *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-12-2826 |
| WELLS FARGO, NA., *et al*, | § § | |
| Defendants. | § § | |

## ORDER

Counsel advised the court that this case was settled at mediation, but the settlement agreement must be approved by the Bankruptcy Court. This case is stayed and administratively closed pending the Bankruptcy Court's decision. Counsel must move to reinstate this case to the active docket and submit the appropriate proposed order within 14 days after the Bankruptcy Court has made its ruling on the settlement agreement.

SIGNED on December 19, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge